ANDREW L. PACKARD (Cal. Bar No. 168690)
MICHAEL P. LYNES (Cal. Bar No. 230462)
Law Offices of Andrew L. Packard
319 Pleasant Street
Petaluma, CA  94952
Tel:  (707) 763-7227
Fax:  (707) 763-9227
E-mail: andrew@packardlawoffices.com
Attorneys for Plaintiff CALIFORNIA

MICHAEL R. LOZEAU (Cal. Bar No. 142893)
Law Office of Michael R. Lozeau
1516 Oak Street, Suite 216
Alameda, CA 94501
Tel: (510) 749-9102
Fax: (510) 749-9103
E-mail: mrlozeau@lozeaulaw.com

SPORTFISHING PROTECTION ALLIANCE

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non profit corporation,<br><br>            Plaintiff,<br>    vs.<br><br>STOCKTON TRI INDUSTRIES, INC.<br><br>            Defendant. | Case No. 2:06-cv-01161-WBS-DAD<br><br>**STIPULATION TO DISMISS PLAINTIFFS' CLAIMS WITH PREJUDICE; [PROPOSED] ORDER GRANTING DISMISSAL WITH PREJUDICE [FRCP 41(a)(2)]** |

WHEREAS, on February 6, 2006, Plaintiff California Sportfishing Protection Alliance ("CSPA") provided Defendant Stockton Tri Industries, Inc. ("STI") with a Notice of Violations and Intent to File Suit ("Notice") under Clean Water Act §505, 33 U.S.C. §1365.

WHEREAS, on May 26, 2006 CSPA filed its Complaint against STI in this Court, *California Sportfishing Protection Alliance v. Stockton Tri Industries, Inc.* Case No. 2:06-cv-001161-WBS-DAD.  Said Complaint incorporates by reference all of the allegations contained in CSPA's Notice.

PDF created with pdfFactory trial version www.pdffactory.com

1    WHEREAS, CSPA and STI, through their authorized representatives and without either adjudication of CSPA's claims or admission by STI of any alleged violation or other wrongdoing, have chosen to resolve in full by way of settlement the allegations of CSPA as set forth in the Notice and Complaint, thereby avoiding the costs and uncertainties of further litigation.  A copy of the [Proposed] Consent Agreement entered into by and between CSPA and STI is attached hereto as Exhibit A and incorporated by reference.

WHEREAS, the parties submitted the Settlement Agreement via certified mail, return receipt requested, to the U.S. EPA and the U.S. Department of Justice and the 45-day review period set forth at 40 C.F.R. § 135.5 has completed.

NOW THEREFORE, IT IS HEREBY STIPULATED and agreed to by and between the parties that CSPA's claims, as set forth in the Notice and Complaint, be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).  The parties respectfully request an order from this Court dismissing such claims with prejudice.  In accordance with paragraph 14 of the Consent Agreement, the parties also request that this Court retain and have jurisdiction over the Parties with respect to disputes arising under the agreement.

Dated:  January 22, 2007          LAW OFFICES OF ANDREW L. PACKARD


By:/s/ Michael Lynes_____
Michael Lynes
Attorney for Plaintiff

Dated:  January 22, 2007          SOMACH, SIMMONS & DUNN LLP


By:/s/ Kanwarijit S. Dua_____
Kanwarijit S. Dua
Attorney for Defendant
[electronically signed and filed with consent of counsel]

STIPULATION TO DISMISS WITH PREJUDICE;          CASE NO. 2:06-cv-01161-WBS-DAD
[PROPOSED] ORDER                2

PDF created with pdfFactory trial version www.pdffactory.com

# ORDER

Good cause appearing, and the parties having stipulated and agreed,

IT IS HEREBY ORDERED that Plaintiff California Sportfishing Protection Alliance's claims against Stockton Tri Industries, Inc., as set forth in the Notice and Complaint filed in Case No. 2:06-cv-01161-WBS-DAD, are hereby dismissed with prejudice.

IT IS FURTHER ORDERED that the Court shall retain and have jurisdiction over the Parties with respect to disputes arising under the agreement attached to the parties' Stipulation to Dismiss as Exhibit D.

IT IS SO ORDERED.

Dated:  January 23, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com